987

**No. P68/8.**—Dowst Manufacturing Company *v.* United States, protests 64/12719–14287, etc. (Chicago).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *Gamble Vargish & Co., dba Seabury & Co.* v. *United States* (57 Cust. Ct. 448, C.D. 2834), the claim of the plaintiff was sustained.

Before the Second Division, January 11, 1968

**No. P68/9.**—Marubeni-Iida. (America), Inc. *v.* United States, protests 62/9358 and 62/7460 (Los Angeles).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cotton velveteen similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

**No. P68/10.**—Cal. Floral Mfg. Company *v.* United States, protest 65/15936 (Los Angeles).

Rao, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios* and *Frank P. Dow Co., Inc., et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiff was sustained.